IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GREGORY BUTLER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.

CASE NO. 1D15-0704

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed March 1, 2016.

Amended Petition for Belated Appeal -- Original Jurisdiction.

Gregory Butler, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition seeking belated appeal is denied on the merits.

THOMAS, BILBREY, and KELSEY, JJ., CONCUR.